IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HELEN ALVAREZ,<br>*Plaintiff,*<br><br>v.<br><br>PEP BOYS-MANNY, MOE & JACK OF DELAWARE, LLC, THE PEP BOYS MANNY, MOE & JACK LLC, DISCOUNT TIRE COMPANY OF TEXAS, INC., AND HALLE PROPERTIES, LLC.<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:22-cv-1961 |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS DISCOUNT TIRE COMPANY OF TEXAS, INC., AND HALLE PROPERTIES, LLC ONLY AND EXCLUSIVELY

Having considered Plaintiff and Defendant Pep Boys-Manny Moe & Jack of Delaware LLC ("Defendant Pep Boys"), Defendant The Pep Boys–Manny, Moe & Jack LLC ("Defendant The Pep Boys"), Defendant Discount Tire Company of Texas, Inc. ("Defendant Discount"), and Defendant Halle Properties, LLC ("Defendant Halle") Joint Stipulation of Dismissal without Prejudice as to Defendant Discount and Defendant Halle, Only and Exclusively. The Court, having considered the matter, is of the opinion that this Dismissal should in all things be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUGED AND DECREED** that all claims held by Plaintiff against Defendant Discount and Defendant Halle be, and the same hereby are, **DISMISSED WITHOUT PREJUDICE** with all costs taxed against the party incurring same.

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS DISCOUNT TIRE COMPANY OF TEXAS, LLC, AND
HALLE PROPERTIES, LLC ONLY AND EXCLUSIVELY

Page 1 of 2

**SIGNED** this _____ day of _____, 2022.

_____
**JUDGE PRESIDING**